# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

FILED
U.S. DISTRICT COURT

2009 MAR 13 P 2:58

CLERK B McCarthy

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR693-00007-008 |
| Larry Parks ) | USM No: 08256-021 |
| Date of Previous Judgment: May 12, 1994 ) | David D. Watkins |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 240 months | Amended Guideline Range: | 240 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X] Other (explain): The defendant was originally sentenced to the mandatory minimum sentence in this case and no reduction of the sentence is authorized pursuant to 18 U.S.C. § 3582(c)(2).

### III. ADDITIONAL COMMENTS
The Court considered the facts of the this case and all relevant factors of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and the need to protect the community, when determining that the original sentence in this case is the appropriate societal response to the defendant's actions.

Except as provided above, all provisions of the judgment dated May 12, 1994 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 13, 2009

_____
Judge's signature

Effective Date: _____
(if different from order date)

Dudley H. Bowen, Jr.
United States District Judge
Printed name and title