FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 NOV 20 PM 3:42
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 693-007 |
| | * | |
| LARRY PARKS | * | |

# ORDER

Presently before the Court is Defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 782 of the United States Sentencing Guidelines. More specifically, Defendant seeks a reduction of his supervised release term.

On November 9, 1993, Defendant pled guilty to one count of conspiracy to possess with intent to distribute cocaine base. On May 12, 1994, he was sentenced to serve, pursuant to the mandatory minimum sentence of 21 U.S.C. § 841(b)(1)(A), 240 months imprisonment and ten years of supervised release. On April 18, 2011, Defendant was released from custody and is currently on supervised release.

Because Defendant was originally sentenced to the mandatory minimum sentence under statute, and not the United States Sentencing Guidelines, Amendment 782 is inapplicable to him. That is, Defendant's sentence was not based upon a

sentencing range that has been subsequently lowered by the Sentencing Commission. Thus, no reduction of sentence is authorized pursuant to § 3582(c)(2). Concomitantly, Defendant's term of ten years of supervised release, which was also statutorily mandated, cannot be overridden by the Sentencing Commission or any equitable considerations. Therefore, his motion to reduce the length of supervised release (doc. no. 671) must be **DENIED.**

This ruling does not preclude Defendant from seeking termination of his supervised release under 18 U.S.C. § 3583(e)(1) through the United States Probation Office. The Court will consider any favorable recommendation *from the United States Probation Office* at some later date, if appropriate.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE